UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN INC., | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| ACER, INC., ACER AMERICA | § | Civil Action No. 2:07-CV-473 TJW |
| CORPORATION, APPLE, INC., DELL, | § | |
| INC., GATEWAY, INC., HEWLETT- | § | |
| PACKARD COMPANY, LENOVO GROUP | § | JURY TRIAL REQUESTED |
| LTD., LENOVO (UNITED STATES) INC., | § | |
| SONY CORPORATION, SONY | § | |
| CORPORATION OF AMERICA, SONY | § | |
| ELECTRONICS, INC., SONY COMPUTER | § | |
| ENTERTAINMENT AMERICA, INC., | § | |
| TOSHIBA CORPORATION, TOSHIBA | § | |
| AMERICA, INC., TOSHIBA AMERICA | § | |
| INFORMATION SYSTEMS, INC., | § | |
| BROADCOM CORPORATION, INTEL | § | |
| CORPORATION, ATHEROS | § | |
| COMMUNICATIONS, INC, MARVELL | § | |
| SEMICONDUCTOR, INC., BEST BUY CO., | § | |
| INC. and CIRCUIT CITY STORES, INC., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Wi-LAN Inc.

makes this corporate disclosure statement.

Wi-LAN Inc. does not have a parent corporation.  No known publicly held company

owns a 10% or more interest in Wi-LAN Inc.

Dockets.Justia.com

DATED:  October 31, 2007.

Respectfully submitted,

**MCKOOL SMITH, P.C.**

/s/ Sam Baxter
Sam Baxter
Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 East Houston Street, Suite 300
P.O. Box O
Marshall, Texas 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

**ATTORNEYS FOR WI-LAN INC.**

Dallas 246344v1