UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN, Inc., | § | |
| | § | Civil Case No. 2:07-cv-473 |
| v. | § | (TJW) |
| | § | |
| Acer, Inc., Acer America Corporation, | § | Jury Trial |
| Apple, Inc., Dell, Inc., Gateway, Inc, | § | |
| Hewlett-Packard Company, Lenovo Group | § | |
| Ltd., Lenovo (United States), Inc., Sony | § | |
| Corporation, Sony Corporation of America, | § | |
| Sony Electronics, Inc., Sony Computer | § | |
| Entertainment America, Inc., Toshiba | § | |
| Corporation, Toshiba America, Inc., | § | |
| Toshiba America Information Systems, Inc. | § | |
| Broadcom Corporation, Intel Corporation | § | |
| Atheros Communications, Inc., Marvell | § | |
| Semiconductor, Inc., Best Buy Co., Inc., and | § | |
| Circuit City Stores, Inc. | § | |

**NOTICE OF APPEARANCE**

Notice is hereby given that attorney Robert Christopher Bunt enters his

appearance in this matter as additional counsel for Defendant Intel Corporation for the

purpose of receiving notices from the Court.

Dated: November 26, 2007        Respectfully submitted,

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt
State Bar No.  00787165
Robert M. Parker
State Bar No. 15498000
Charles Ainsworth
State Bar No. 00783521
Andrew T. Gorham
State Bar No. 24012715
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114

Tyler, Texas 75702
903/531-3535
903/533-9687 - Facsimile
E-mail: rmparker@pbatyler.com
E-mail: rcbunt@pbatyler.com
E-mail: charley@pbatyler.com
E-mail: tgorham@pbatyler.com

Attorneys for Defendant
Intel Corporation

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this November 26, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt