UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN, Inc., | § | |
| | § | Civil Case No. 2:07-cv-473 |
| v. | § | (TJW) |
| | § | |
| Acer, Inc., Acer America Corporation, | § | Jury Trial |
| Apple, Inc., Dell, Inc., Gateway, Inc, | § | |
| Hewlett-Packard Company, Lenovo Group | § | |
| Ltd., Lenovo (United States), Inc., Sony | § | |
| Corporation, Sony Corporation of America, | § | |
| Sony Electronics, Inc., Sony Computer | § | |
| Entertainment America, Inc., Toshiba | § | |
| Corporation, Toshiba America, Inc., | § | |
| Toshiba America Information Systems, Inc. | § | |
| Broadcom Corporation, Intel Corporation | § | |
| Atheros Communications, Inc., Marvell | § | |
| Semiconductor, Inc., Best Buy Co., Inc., and | § | |
| Circuit City Stores, Inc. | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Charles Ainsworth enters his appearance in this matter as additional counsel for Defendant Intel Corporation for the purpose of receiving notices from the Court.

Dated: November 26, 2007         Respectfully submitted,

                                 */s/ Charles Ainsworth*
                                 Charles Ainsworth
                                 State Bar No. 00783521
                                 Robert M. Parker
                                 State Bar No. 15498000
                                 Robert Christopher Bunt
                                 State Bar No.  00787165
                                 Andrew T. Gorham
                                 State Bar No. 24012715
                                 **PARKER, BUNT & AINSWORTH, P.C.**
                                 100 E. Ferguson, Suite 1114

>Tyler, Texas 75702
>903/531-3535
>903/533-9687 - Facsimile
>E-mail: rmparker@pbatyler.com
>E-mail: rcbunt@pbatyler.com
>E-mail: charley@pbatyler.com
>E-mail: tgorham@pbatyler.com
>
>Attorneys for Defendant
>Intel Corporation

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this November 26, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

>*/s/ Charles Ainsworth*
>Charles Ainsworth