IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

WI-LAN INC.                              §
                                         §
v.                                       §        CIVIL ACTION NO. 2:07-CV-473[TJW]
                                         §
ACER, INC., et al                        §        JURY TRIAL REQUESTED

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF
TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT**

Defendants ACER, INC., ACER AMERICA CORPORATION, APPLE, INC., DELL,
INC., GATEWAY, INC., HEWLETT-PACKARD COMPANY, LENOVO (UNITED STATES)
INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., BROADCOM
CORPORATION, INTEL CORPORATION, ATHEROS COMMUNICATIONS, INC.,
MARVELL SEMICONDUCTOR, INC. and CIRCUIT CITY STORES, INC., without waiving
any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL
PROCEDURE 12(b) or any other rule or law, filed their unopposed motion to extend its time to
answer, move or otherwise respond to Plaintiff's Complaint until and through December 24,
2007. Such motion is GRANTED.

It is therefore ORDERED that Defendants ACER, INC., ACER AMERICA
CORPORATION, APPLE, INC., DELL, INC., GATEWAY, INC., HEWLETT-PACKARD
COMPANY, LENOVO (UNITED STATES) INC., TOSHIBA AMERICA INFORMATION
SYSTEMS, INC., BROADCOM CORPORATION, INTEL CORPORATION, ATHEROS
COMMUNICATIONS, INC., MARVELL SEMICONDUCTOR, INC. and CIRCUIT CITY
STORES, INC. have until and through December 24, 2007 to answer, move, or otherwise
respond to Plaintiff's Complaint.

Dockets.Justia.com