UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| ACER, INC., ACER AMERICA | § | Civil Action No. 2-07CV-473 TJW |
| CORPORATION, APPLE, INC., DELL, | § | |
| INC., GATEWAY, INC., HEWLETT- | § | JURY TRIAL REQUESTED |
| PACKARD COMPANY, LENOVO | § | |
| GROUP LTD., LENOVO | § | |
| (UNITED STATES) INC., SONY | § | |
| CORPORATION, SONY CORPORATION | § | |
| OF AMERICA, SONY ELECTRONICS, | § | |
| INC., SONY COMPUTER | § | |
| ENTERTAINMENT AMERICA, INC., | § | |
| TOSHIBA CORPORATION, TOSHIBA | § | |
| AMERICA, INC., TOSHIBA AMERICA | § | |
| INFORMATION SYSTEMS, INC., | § | |
| BROADCOM CORPORATION, INTEL | § | |
| CORPORATION, ATHEROS | § | |
| COMMUNICATIONS, INC., MARVELL | § | |
| SEMICONDUCTOR, INC., BEST BUY | § | |
| CO., INC. and CIRCUIT CITY STORES, | § | |
| INC. | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING JOINT MOTION TO FILE RESPONSIVE PLEADING**

Came this day to be considered Defendant Best Buy Co., Inc. and Plaintiff Wi-Lan, Inc.'s Joint Motion to file Responsive Pleading and Court having considered same, is of the opinion that same should be GRANTED.

It is therefore, **ORDERED**, that Defendant Best Buy Co., Inc. and Plaintiff Wi-Lin, Inc.'s Joint Motion to File Responsive Pleading is in all things GRANTED. The new deadline for filing

a response to Plaintiff's Original Complaint for Best Buy Co., Inc. shall be December 27, 2007.

SIGNED this 27th day of November, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE