IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-CV-473[TJW] |
| | § | |
| ACER, INC., et al | § | JURY TRIAL REQUESTED |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants ACER, INC., ACER AMERICA CORPORATION, APPLE, INC., DELL, INC., GATEWAY, INC., HEWLETT-PACKARD COMPANY, LENOVO (UNITED STATES) INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., BROADCOM CORPORATION, INTEL CORPORATION, ATHEROS COMMUNICATIONS, INC., MARVELL SEMICONDUCTOR, INC. and CIRCUIT CITY STORES, INC., without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, filed their unopposed motion to extend its time to answer, move or otherwise respond to Plaintiff's Complaint until and through December 24, 2007. Such motion is GRANTED.

It is therefore ORDERED that Defendants ACER, INC., ACER AMERICA CORPORATION, APPLE, INC., DELL, INC., GATEWAY, INC., HEWLETT-PACKARD COMPANY, LENOVO (UNITED STATES) INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., BROADCOM CORPORATION, INTEL CORPORATION, ATHEROS COMMUNICATIONS, INC., MARVELL SEMICONDUCTOR, INC. and CIRCUIT CITY STORES, INC. have until and through December 24, 2007 to answer, move, or otherwise respond to Plaintiff's Complaint.

SIGNED this 27th day of November, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE