IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-CV-473[TJW] |
| | § | |
| ACER, INC., ACER AMERICA | § | |
| CORPORATION, APPLE, INC., DELL, | § | JURY TRIAL REQUESTED |
| INC., GATEWAY, IN., HEWLETT- | § | |
| PACKARD COMPANY, LENOVO | § | |
| GROUP LTD., LENOVO (UNITED | § | |
| STATES) INC., SONY CORPORATION, | § | |
| SONY CORPORATION OF AMERICA, | § | |
| SONY ELECTRONICS, INC., SONY | § | |
| COMPUTER ENTERTAINMENT | § | |
| AMERICA, INC., TOSHIBA | § | |
| CORPORATION, TOSHIBA AMERICA, | § | |
| INC., TOSHIBA AMERICA | § | |
| INFORMATION SYSTEMS, INC., | § | |
| BROADCOM CORPORATION, INTEL | § | |
| CORPORATION, ATHEROS | § | |
| COMMUNICATIONS, INC., MARVELL | § | |
| SEMICONDUCTOR, INC., BEST BUY | § | |
| CO., INC., and CIRCUIT CITY STORES, | § | |
| INC. | § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL
## FOR DEFENDANT INTEL CORPORATION

Defendant INTEL CORPORATION ("Defendant" or "Intel"), files this its Notice of Appearance of Additional Counsel, and hereby notifies the Court that John F. Bufe of the law firm Potter Minton, A Professional Corporation, 110 N. College, Suite 500, Tyler, Texas 75702, is appearing as additional counsel for Intel in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

{VRT\7395\0009\W0344517.1 }

Dated: December 3, 2007

Respectfully submitted

**POTTER MINTON**
**A Professional Corporation**

By: */s/ John F. Bufe*
JOHN F. BUFE
Texas State Bar No. 03316930
Email: johnbufe@potterminton.com
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas  75710
Telephone: (903) 597 8311
Facsimile: (903) 593 0846

*Attorneys for Defendant*
**INTEL CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 3, 2007. Any other counsel of record will be served by first class mail on this same date.

*/s/ John F. Bufe*
John F. Bufe