IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WI-LAN, INC., § § § PLAINTIFF, § V. § § ACER, INC., ACER AMERICAN § CORPORATION, APPLE, INC., DELL § INC., GATEWAY, INC., § HEWLETT-PACKARD COMPANY, § LENOVO GROUP LTD., § LENOVO (UNITED STATES) INC., § SONY CORPORATION, SONY § CORPORATION OF AMERICA, § SONY ELECTRONICS INC., SONY § COMPUTER ENTERTAINMENT § AMERICA, INC., TOSHIBA § CORPORATION, TOSHIBA AMERICA, § INC., TOSHIBA AMERICA § INFORMATION SYSTEMS, INC., § BROADCOM CORPORATION, INTEL § CORPORATION, ATHEROS § COMMUNICATIONS, INC., MARVELL § SEMICONDUCTOR, INC., BEST BUY § CO., INC., and CIRCUIT CITY STORES, § INC. § § DEFENDANTS. § | Civil Case No. 2:07-CV-00473-TJW JURY TRIAL REQUESTED |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Daniel T. Conrad, with the law firm of Jones Day, 2727 N. Harwood Street, Dallas, Texas 75201, is entering an appearance as counsel of record for Defendant Dell Inc. Mr. Conrad is currently admitted to practice in the Eastern District of Texas. Mr. Conrad is to receive notices from the Court on all issues related to this case.

Respectfully submitted,

/s/ Daniel T. Conrad
Thomas R. Jackson, Esq.
Attorney-in-Charge
State Bar No. 10496700
trjackson@jonesday.com
Daniel T. Conrad, Esq.
State Bar No. 24026608
dtconrad@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone:  214-220-3939
Facsimile:  214-969-5100

ATTORNEYS FOR DEFENDANT
DELL INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 5th day of December, 2007. Any other counsel of record will be served by facsimile transmission and/or first class mail.

/s/ Daniel T. Conrad

DLI-6160130v1