IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-CV-473[TJW] |
| | § | |
| ACER, INC., et al. | § | JURY TRIAL REQUESTED |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO
ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants ACER, INC., ACER AMERICA CORPORATION, APPLE, INC., DELL,
INC., GATEWAY, INC., HEWLETT-PACKARD COMPANY, LENOVO (UNITED STATES)
INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA, INC.,
BROADCOM CORPORATION, INTEL CORPORATION, ATHEROS COMMUNICATIONS,
INC., MARVELL SEMICONDUCTOR, INC., BEST BUY CO., INC. and CIRCUIT CITY
STORES, INC. (hereinafter referred to as "DEFENDANTS"), without waiving any defenses or
any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or
any other rule or law, files this unopposed motion for extension of time in which to answer,
move, or otherwise respond to Plaintiff WI-LAN INC.'s Complaint and would respectfully show
the Court as follows:

DEFENDANTS have requested and Plaintiff has agreed to an extension of
DEFENDANTS' time to respond in any manner whatsoever including answer, motion or other
pleading of any type to Plaintiff's Complaint. Specifically, DEFENDANTS request, and WI-
LAN INC. does not oppose, an extension of time up to and including January 25, 2008.
DEFENDANTS reserve all rights to seek additional extensions of DEFENDANTS' time to
respond to Plaintiff's Complaint.

A proposed Order granting this unopposed motion is attached for the Court's
convenience.

Dockets.Justia.com

Dated: December 21, 2007

Respectfully submitted,

*/s/ John F. Bufe*
Michael E. Jones
State Bar No. 10929400
John F. Bufe
State Bar No. 03316930
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, Texas  75710
(903) 597 8311
(903) 593 0846 (Facsimile)
mikejones@potterminton.com
johnbufe@potterminton.com

ATTORNEYS FOR DEFENDANT
INTEL CORPORATION[1]

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 21st day of  December, 2007. Any other counsel of record will be served by first class U.S. mail on this same date.

*/s/ John F. Bufe*
John F. Bufe

---

[1] Counsel listed herein is counsel for Defendant Intel Corporation, but for purposes of brevity to the Court and to the parties for purposes of this motion only, Intel Corporation's counsel is requesting this extension on its behalf and on the behalf of the remaining Defendants, as well.