UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WI-LAN INC., <br><br> Plaintiff, <br><br> v. <br><br> ACER, INC., ACER AMERICA CORPORATION, APPLE, INC., DELL, INC., GATEWAY, INC., HEWLETT-PACKARD COMPANY, LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY ELECTRONICS, INC., SONY COMPUTER ENTERTAINMENT AMERICA, INC., TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., BROADCOM CORPORATION, INTEL CORPORATION, ATHEROS COMMUNICATIONS, INC, MARVELL SEMICONDUCTOR, INC., BEST BUY CO., INC. and CIRCUIT CITY STORES, INC., <br><br> Defendants. | Civil Action No.2:07-CV-473 (TJW) <br><br> JURY TRIAL REQUESTED |

## **NOTICE OF APPEARANCE OF COUNSEL**

NOW COMES Seth R. Hasenour with the law firm of McKool Smith, P.C., 300 West 6th Street, Suite 1700, Austin, Texas 78701 and enters an appearance as counsel of record for Plaintiff Wi-LAN, Inc.

1

Austin 41128v1

Dockets.Justia.com

Samuel F. Baxter will remain designated as the Lead Attorney for Plaintiff Wi-LAN, Inc. Mr. Hasenour is to receive notices from the Court on all issues related to this case.

Dated the 27th of December 2007.

Respectfully submitted,

s/ Seth R. Hasenour
Seth R. Hasenour
TX State Bar No. 24059910
**MCKOOL SMITH P.C.**
300 West 6th Street
Suite 1700
Austin, Texas 78701
Telephone:  (512) 692-8751
Fax:  (512) 692-8744
shasenour@mckoolsmith.com

Sam Baxter, Lead Attorney
TX State Bar No. 01938000
**MCKOOL SMITH P.C.**
104 E. Houston Street
Suite 300
P.O. Box O
Marshall, Texas 75670
Telephone: (903) 923-9000
Fax:  (903) 923-9099
sbaxter@mckoolsmith.com

**ATTORNEYS FOR PLAINTIFF
WI-LAN, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who are deemed to have consented to electronic service on the 27th day of December, 2007.

/s/ Sam Baxter
Sam Baxter

2

Austin 41128v1