WI-Lan, Inc. v. Acer, Inc. et al
Doc. 34
Case 2:07-cv-00473-TJW   Document 34   Filed 01/07/2008   Page 1 of 4 <span>3314</span>

**Appendix K**
Revised: 1/24/07

FILED-CLERK
U.S. DISTRICT COURT

2008 JAN -7 PM 1: 00

TX EASTERN-MARSHALL

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL___DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

1 This application is being made for the following: Case #___2:07-CV-473[TJW]___ BY _____

Style:_____

2. Applicant is representing the following party/ies: ___Best Buy Co., Inc.___

3 Applicant was admitted to practice in __MN__ (state) on __May 1989__ (date).

4 Applicant is in good standing and is otherwise eligible to practice law before this court

5 Applicant is not currently suspended or disbarred in any other court

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page

7 Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle) If so, give complete information on a separate page.

9 Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you Omit minor traffic offenses.

10 There are no pending grievances or criminal matters pending against the applicant

11 Applicant has been admitted to practice in the following courts:
_____See Attachment A_____

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys"

13 Applicant has included the requisite $25 fee (see Local Rule AT-1(d))

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only

**Application Oath:**

I, ___Emmett J. McMahon___ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date _12-28-07_         Signature _Emmett J. McMahon_

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) ___ Emmett J. McMahon ___

State Bar Number ___ 0198298 ___

Firm Name: ___ Robins, Kaplan, Miller & Ciresi L.L.P. ___

Address/P.O. Box: ___ 800 LaSalle Avenue ___

City/State/Zip: ___ Minneapolis, MN 55402 ___

Telephone #: ___ (612) 349-8500 ___

Fax #: ___ (612) 339-4181 ___

E-mail Address: ___ ejmcmahon@rkmc.com ___

Secondary E-Mail Address: lhbuck@rkmc.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This

application has been approved for the court on: ___ /-7-08 ___

### DAVID J. MALAND, CLERK

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By ___

Deputy Clerk

**ATTACHMENT A**
**MOTION FOR ADMISSION *PRO HAC VICE*-EMMETT McMAHON**

Applicant has been admitted to practice before the following courts:

| Court: | Admission Date |
|---|---|
| State of Missouri | April 24, 1982 |
| State of Minnesota | May 31, 1989 |
| United States District Court, District of Minnesota | May 18, 1989 |
| United States District Court, District of North Dakota | July 19, 1994 |
| United States District Court, Western district of Missouri | May 8, 1982 |
| United States Court of Appeals, Fifth Circuit | January 19, 1994 |
| United States Court of Appeals, Eighth Circuit | September 16, 1995 |
| United States Court of Appeals, Federal Court | December 17, 2002 |

# United States District Court

for the

Eastern District of Texas at Marshall

Date:             **Monday, January 7, 2008**

Received from:

| Account | | Description |
|---|---|---|
| 085000 | _ | Attorney Admission Fees |
| 086400 | _ | New Case Fee |
| 086900 | _ | Filing Fees |
| 121000 | _ | Conscience Fund |
| 129900 | _ | Gifts |
| 143500 | _ | Interest |
| 322340 | _ | Sale of Publications |
| 322350 | _ | Copy Fees |
| 322360 | _ | Miscellaneous Fees |
| 322380 | _ | Recoveries of Court Costs |
| 322386 | _ | Cost of Prosecution |
| 504100 | _ | Crime Victims Fund |
| 508800 | _ | Immigration Fees |
| 510000 | _ | Civil Filing Fee (1/2) |
| 5100PL | _ | Partial Filing Fee (PLRA) |
| 510100 | _ | Registry Fee |
| 604700 | _ | Registry Funds/General and Special Funds |
| 613300 | _ | Unclaimed Monies |
| 6855XX | _ | Deposit Funds |

**Robins Kaplan Miller & Ciresi**

**800 LaSalle Ave**

**Minneapolis, MN 55402**

| Account | Amount |
|---|---|
| 6855XX | $100.00 |
| | |
| **Total** | **$100.00** |

Payment method:              **Check**

Case or other reference:     **2:07-cv-473  &  2:07-cv-474**

Comments:                    **Ck# 750197, 750198, 750199, 750200, PHV  for McMahon, Hudleston**

Received by:                 **ch**