**Appendix K**                                                                  Revised: 1/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Marshall    DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT
2008 JAN -7 PM 1:00
TX EASTERN-MARSHALL
BY_____

1  This application is being made for the following: Case #  2:07-CV-473[TJW]
Style:_____

2. Applicant is representing the following party/ies: __Best Buy Co., Inc.__

3. Applicant was admitted to practice in __MN__ (state) on __12/04/05__ (date)

4  Applicant is in good standing and is otherwise eligible to practice law before this court.

5  Applicant is not currently suspended or disbarred in any other court.

6  Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page.

8  Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you  Omit minor traffic offenses

10  There are no pending grievances or criminal matters pending against the applicant.

11  Applicant has been admitted to practice in the following courts:
__NY  2004__    __MN  2005__    __SDNY  2006_____

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13  Applicant has included the requisite $25 fee (see Local Rule AT-1(d))

14  Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Sarah E. Hudleston__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States

Date  1/3/08            Signature  Sarah Hudleston

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Sarah E. Hudleston__
State Bar Number __0351489__
Firm Name: __Robins, Kaplan, Miller & Ciresi L.L.P.__
Address/P O Box: __800 LaSalle Avenue__
City/State/Zip: __Minneapolis, MN  55402__
Telephone #: __(612) 349-0698__
Fax #: __(612) 339-4181__
E-mail Address: __sehudleston@rkmc.com__
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above  This application has been approved for the court on: __1-7-08__

DAVID J. MALAND, CLERK

David J Maland, Clerk
U.S. District Court, Eastern District of Texas

By __C. Hinton__
Deputy Clerk

# Receipt for Payment

Receipt No:

## United States District Court
for the
Eastern District of Texas at Marshall

Date: **Monday, January 7, 2008**

Received from:

**Robins Kaplan Miller & Ciresi**

**800 LaSalle Ave**

**Minneapolis, MN 55402**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $100.00 |
| **Total** | **$100.00** |

Payment method: **Check**

Case or other reference: **2:07-cv-473 & 2:07-cv-474**

Comments: **Ck# 750197, 750198, 750199, 750200, PHV for McMahon, Hudleston**

Received by: **ch**