UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN INC., <br><br> Plaintiff, <br><br> v. <br><br> ACER, INC., ACER AMERICA CORPORATION, APPLE, INC., DELL, INC., GATEWAY, INC., HEWLETT-PACKARD COMPANY, LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY ELECTRONICS, INC., SONY COMPUTER ENTERTAINMENT AMERICA, INC., TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., BROADCOM CORPORATION, INTEL CORPORATION, ATHEROS COMMUNICATIONS, INC, MARVELL SEMICONDUCTOR, INC., BEST BUY CO., INC. and CIRCUIT CITY STORES, INC., <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No.2:07-CV-473 (TJW) <br><br> JURY TRIAL REQUESTED |

**NOTICE OF APPEARANCE OF COUNSEL**

NOW COMES Jason Blackstone with the law firm of McKool Smith, P.C., 300 Crescent Court, Suite 1500, Dallas, Texas 75201 and enters an appearance as counsel of record for Plaintiff Wi-LAN, Inc.

1

Dallas 249469v1

Samuel F. Baxter will remain designated as the Lead Attorney for Plaintiff Wi-LAN, Inc. Mr. Blackstone is to receive notices from the Court on all issues related to this case.

Dated the 11th day of January, 2008.

Respectfully submitted,

/s/ Jason Blackstone
Jason Blackstone
TX State Bar No. 24036227
**MCKOOL SMITH P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone (214) 978-4000
Facsimile (214) 978-4044
jblackstone@mckoolsmith.com

Sam Baxter, Lead Attorney
TX State Bar No. 01938000
**MCKOOL SMITH P.C.**
104 E. Houston Street
Suite 300
P.O. Box O
Marshall, Texas 75670
Telephone: (903) 923-9000
Fax: (903) 923-9099
sbaxter@mckoolsmith.com

**ATTORNEYS FOR PLAINTIFF
WI-LAN, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service on the 11th day of January, 2008.

/s/ Sam Baxter
Sam Baxter

2

Dallas 249469v1