Appendix K

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

Revised: 1/24/07

FILED-CLERK
U.S. DISTRICT COURT
2008 JAN 24 AM 9:46
EASTERN-MARSHALL

1. This application is being made for the following: Case # __2:07CV473__
Style: __WI-LAN INC. v. ACER, INC., et al.__
2. Applicant is representing the following party/ies: __Atheros Communications, inc.__
3. Applicant was admitted to practice in __California__ (state) on __December 1995__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
    __See Attachment__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __William R. Overend__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __01-23-08__        Signature _[signature]_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) ___William R. Overend___
State Bar Number ___SBN 180209___
Firm Name: ___REED SMITH LLP___
Address/P.O. Box: ___Two Embarcadero Center, Suite 2000___
City/State/Zip: ___San Francisco, CA 94111___
Telephone #: ___(415) 543-8700___
Fax #: ___(415) 391-8269___
E-mail Address: ___woverend@reedsmith.com___
Secondary E-Mail Address: ___woverend@comcast.net___

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: ___1-24-08___

DAVID J. MALAND, CLERK

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By ___C. Hinton___
Deputy Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

APPLICATION TO APPEAR PRO HAC VICE

ATTACHMENT

11  Applicant has been admitted to practice in the following courts:

California Supreme Court

US Court of Appeals, 9th Circuit

US District Court, for the Northern, Eastern, and Central Districts of California

# Receipt for Payment

Receipt No: 234000349

## United States District Court
for the
Eastern District of Texas at Marshall

Date: **Thursday, January 24, 2008**

Received from:

**Reed Smith LLP**

**P.O. Box 2009**

**Pittsburgh, PA 15230**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: **Check**
Case or other reference: **2:07-cv-473**
Comments: **Ck# 129768  PHV for Overend**

Received by: **ch**