# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WI-LAN, INC., | ) |
| Plaintiff, | ) CASE NO. 2:07-CV-473 |
| v. | ) Hon. T. John Ward |
| | ) JURY TRIAL |
| ACER, INC., ACER AMERICA CORPORATION, APPLE, INC., DELL, INC., GATEWAY, INC., HEWLETT-PACKARD COMPANY, LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY ELECTRONICS, INC., SONY COMPUTER ENTERTAINMENT AMERICA, INC., TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., BROADCOM CORPORATION, INTEL CORPORATION, ATHEROS COMMUNICATIONS, INC., MARVELL SEMICONDUCTOR, INC., BEST BUY CO., INC., and CIRCUIT CITY STORES, INC. | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
## TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

Defendant TOSHIBA AMERICA INFORMATION SYSTEMS, INC., is a wholly owned subsidiary of Toshiba America, Inc., which is a wholly owned subsidiary of Toshiba Corporation. Toshiba Corporation is a publicly held company duly incorporated under the provisions of the Commercial Code of Japan.

WASH_2257946.1

Dated: January 25, 2008  Respectfully submitted,

By: /s/ Guy N. Harrison

Guy N. Harrison  
State Bar No. 00000077  
HARRISON LAW FIRM  
217 N. Center  
Longview, Texas 75601  
Tel: (903) 758-7361  
Fax: (903) 753-9557  
E-mail: guy@gnhlaw.com

ATTORNEY FOR Toshiba America Information Systems, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS OF TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,** via the Court's CM/ECF system per Local Rule CV-5(a)(3) .

/s/Guy Harrison

2

WASH_2257946.1