UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WI-LAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACER, INC., ACER AMERICA CORPORATION, APPLE, INC., DELL, INC., GATEWAY, INC., HEWLETT-PACKARD COMPANY, LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY ELECTRONICS, INC., SONY COMPUTER ENTERTAINMENT AMERICA, INC., TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., BROADCOM CORPORATION, INTEL CORPORATION, ATHEROS COMMUNICATIONS, INC., MARVELL SEMICONDUCTOR, INC., BEST BUY CO., INC., and CIRCUIT CITY STORES, INC. <br><br> Defendants. | CASE NO. 2:07-CV-473 <br><br> Hon. T. John Ward <br><br> JURY TRIAL |

**HEWLETT-PACKARD COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant/Counter-Plaintiff Hewlett-Packard Company provides this Corporate Disclosure Statement. Defendant Hewlett-Packard Company is a publicly held corporation and has no parent corporation. No publicly held corporation owns 10% or more of Hewlett-Packard Company's stock.

By: /s/ _____
    David J. Levy
    State Bar No. 12264850
    *Lead Attorney*
    MORGAN, LEWIS & BOCKIUS LLP
    1000 Louisiana Street, Suite 1300
    Houston, TX 77002
    Telephone No. (713) 890-5170
    Telecopier No. (713) 890-5001
    Email: dlevy@morganlewis.com

*Of Counsel:*

Rick L. Rambo
State Bar No. 00791479
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 1300
Houston, TX 77002
Telephone No. (713) 890-5175
Telecopier No. (713) 890-5001
Email: rambo@morganlewis.com

Jennifer Parker Ainsworth
State Bar No. 00784720
WILSON, SHEEHY, KNOWLES,
  ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone No. (903) 509-5000
Telecopier No. (903) 509-5092
Email: jainsworth@wilsonlawfirm.com


ATTORNEYS FOR DEFENDANT/
COUNTER-PLAINTIFF
HEWLETT-PACKARD COMPANY

## CERTIFICATE OF SERVICE

I certify that this document was filed electronically pursuant to Local Rule CV-5(a) on January 25, 2008. Pursuant to Local Rule CV-5(a)(3)(A), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF system.

/s/ _____
David J. Levy