# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WI-LAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACER, INC., ACER AMERICA CORPORATION, APPLE, INC., DELL, INC., GATEWAY, INC., HEWLETT-PACKARD COMPANY, LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY ELECTRONICS, INC., SONY COMPUTER ENTERTAINMENT AMERICA, INC., TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., BROADCOM CORPORATION, INTEL CORPORATION, ATHEROS COMMUNICATIONS, INC., MARVELL SEMICONDUCTOR, INC., BEST BUY CO., INC., and CIRCUIT CITY STORES, INC. <br><br> Defendants. | CASE NO. 2:07-CV-473 (TJW) <br><br> JURY TRIAL |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT, CIRCUIT CITY STORES, INC.

Defendant, Circuit City Stores, Inc., notifies the Court and the parties of the appearance of Trey Yarbrough as counsel on its behalf. Defendant respectfully requests that Mr. Yarbrough, who is enrolled in the Court's CM/ECF system and whose contact information is set forth below, be included on the Court's and parties' service lists.

Dated:  January 25, 2008                    Respectfully submitted,


                                            /s/ Trey Yarbrough
                                            Trey Yarbrough
                                            Bar No. 22133500
                                            YARBROUGH ♦ WILCOX, PLLC
                                            100 E. Ferguson St., Ste. 1015
                                            Tyler, TX 75702
                                            (903) 595-3111
                                            Fax: (903) 595-0191
                                            trey@yw-lawfirm.com

                                            Attorney for Defendant, Circuit
                                            City Stores, Inc.

### Certificate of Service

I certify that all counsel who have consented to electronic service have been served with a copy of this instrument via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 25, 2008. All counsel who have not so consented will be served via facsimile transmission or first class mail.


                                            /s/ Trey Yarbrough
                                            Trey Yarbrough