# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 2:07-CV-473 (TJW) |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL |
| | ) | |
| ACER, INC., ACER AMERICA | ) | |
| CORPORATION, APPLE, INC., DELL, | ) | |
| INC., GATEWAY, INC., HEWLETT- | ) | |
| PACKARD COMPANY, LENOVO GROUP | ) | |
| LTD., LENOVO (UNITED STATES) INC., | ) | |
| SONY CORPORATION, SONY | ) | |
| CORPORATION OF AMERICA, SONY | ) | |
| ELECTRONICS, INC., SONY COMPUTER | ) | |
| ENTERTAINMENT AMERICA, INC., | ) | |
| TOSHIBA CORPORATION, TOSHIBA | ) | |
| AMERICA, INC., TOSHIBA AMERICA | ) | |
| INFORMATION SYSTEMS, INC., | ) | |
| BROADCOM CORPORATION, INTEL | ) | |
| CORPORATION, ATHEROS | ) | |
| COMMUNICATIONS, INC., MARVELL | ) | |
| SEMICONDUCTOR, INC., BEST BUY | ) | |
| CO., INC., and CIRCUIT CITY STORES, | ) | |
| INC. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT CIRCUIT CITY STORES, INC.'S DISCLOSURE
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Defendant CIRCUIT CITY STORES, INC. ("Circuit City"), by counsel, hereby submits

the following disclosure as required by Rule 7.1, Federal Rules of Civil Procedure:

Circuit City Stores, Inc. is a publicly traded company which has no parent corporation

and no publicly traded corporation owns 10% or more of its stock.

DATED:  January 25th, 2008       Respectfully submitted,


/s/ Trey Yarbrough
Trey Yarbrough
Bar No. 22133500
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com

Attorney for Defendant, Circuit
City Stores, Inc.


## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of DEFENDANT CIRCUIT CITY STORES, INC.'S DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 on January 25, 2008, via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Those who have not consented to service in such manner are being served via facsimile or first class mail.

/s/ Trey Yarbrough
Trey Yarbrough