**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| WI-LAN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 2:07-CV-473 |
| | ) | |
| v. | ) | Hon. T. John Ward |
| | ) | |
| | ) | JURY TRIAL |
| ACER, INC., ACER AMERICA | ) | |
| CORPORATION, APPLE, INC., DELL, INC., | ) | |
| GATEWAY, INC., HEWLETT-PACKARD | ) | |
| COMPANY, LENOVO GROUP LTD., | ) | |
| LENOVO (UNITED STATES) INC., SONY | ) | |
| CORPORATION, SONY CORPORATION OF | ) | |
| AMERICA, SONY ELECTRONICS, INC., | ) | |
| SONY COMPUTER ENTERTAINMENT | ) | |
| AMERICA, INC., TOSHIBA CORPORATION, | ) | |
| TOSHIBA AMERICA, INC., TOSHIBA | ) | |
| AMERICA INFORMATION SYSTEMS, INC., | ) | |
| BROADCOM CORPORATION, INTEL | ) | |
| CORPORATION, ATHEROS | ) | |
| COMMUNICATIONS, INC., MARVELL | ) | |
| SEMICONDUCTOR, INC., BEST BUY CO., | ) | |
| INC., and CIRCUIT CITY STORES, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**APPLE INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant and

Counterclaim-Plaintiff Apple Inc. ("Apple") states that it does not have a corporate parent, and

Apple knows of no entity that owns more than 10% of Apple's issued and outstanding common

stock.

Dockets.Justia.com

DATED:  January 25, 2008          Respectfully submitted,

By:          /s/   Eric H. Findlay
          Eric H. Findlay
          State Bar No. 00789886
          Brian Craft
          State Bar No. 04972020
          RAMEY & FLOCK
          100 East Ferguson, Suite 500
          Tyler, Texas  75702
          903-597-3301 (Telephone)
          9903-597-2413 (Facsimile)

          Mark C. Scarsi
          (*pro hac vice pending*)
          mscarsi@milbank.com
          Chris L. Holm
          (*pro hac vice pending*)
          cholm@milbank.com
          Jennifer Miremadi
          (*pro hac vice pending*)
          jmiremadi@milbank.com
          Milbank, Tweed, Hadley & McCloy LLP
          601 S. Figueroa Street 30th Floor
          Los Angeles, California 90017
          Telephone:          (213) 892-4000
          Fax:                (213) 629-5063

          Attorneys for APPLE, INC.


**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being

served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on

this the 25th day of January, 2008. Any other counsel of record will be served by first class U.S.

mail on this same date.

          */s/* Eric H. Findlay
          Eric H. Findlay

- 2 -