IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-CV-473[TJW] |
| | § | |
| ACER, INC., et al. | § | JURY TRIAL REQUESTED |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO
ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants ACER, INC. and TOSHIBA AMERICA, INC. (hereinafter referred to as

"DEFENDANTS"), without waiving any defenses or any matters that might be presented

pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, files this

unopposed motion for extension of time in which to answer, move, or otherwise respond to

Plaintiff WI-LAN INC.'s Complaint and would respectfully show the Court as follows:

DEFENDANTS have requested and Plaintiff has agreed to an extension of

DEFENDANTS' time to respond in any manner whatsoever including answer, motion or other

pleading of any type to Plaintiff's Complaint. Specifically, DEFENDANTS request, and WI-

LAN INC. does not oppose, an extension of time up to and including February 4, 2008.

DEFENDANTS reserve all rights to seek additional extensions of DEFENDANTS' time to

respond to Plaintiff's Complaint.

A proposed Order granting this unopposed motion is attached for the Court's

convenience.

Dockets.Justia.com

Dated: January 25, 2008                     Respectfully submitted,

                                            By: */s/* Eric H. Findlay
                                            Eric H. Findlay
                                            State Bar No. 00789886
                                            Brian Craft
                                            State Bar No. 04972020
                                            RAMEY & FLOCK
                                            100 East Ferguson, Suite 500
                                            Tyler, Texas  75702
                                            903-597-3301 (Telephone)
                                            903-597-2413 (Facsimile)

                                            ATTORNEYS FOR DEFENDANTS
                                            ACER, INC. and TOSHIBA AMERICA,
                                            INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 25th day of January, 2008. Any other counsel of record will be served by first class U.S. mail on this same date.

                                            */s/* Eric H. Findlay
                                            Eric H. Findlay