# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WI-LAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACER, INC., ACER AMERICA CORPORATION, APPLE, INC., DELL, INC., GATEWAY, INC., HEWLETT-PACKARD COMPANY, LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY ELECTRONICS, INC., SONY COMPUTER ENTERTAINMENT AMERICA, INC., TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., BROADCOM CORPORATION, INTEL CORPORATION, ATHEROS COMMUNICATIONS, INC., MARVELL SEMICONDUCTOR, INC., BEST BUY CO., INC., and CIRCUIT CITY STORES, INC. <br><br> Defendants. | CASE NO. 2:07-CV-473 <br><br> Hon. T. John Ward <br><br> JURY TRIAL |

## DEFENDANT BEST BUY CO., INC.'S
## RULE 7.1 CORPORATE DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1, Defendant Best Buy Co., Inc. is a publicly traded corporation; it has no parent corporation. No publicly held corporation owns 10% or more of Best Buy Co., Inc.'s stock.

MP3 20259964.1

| | |
|---|---|
| Date: 1/25/08 | s/Stayton L .Worthington<br>Stayton L. Worthington<br>COGHLAN CROWSON, LLP<br>P.O. Box 2665<br>Longview, Texas  75606<br>Telephone:  (903) 758-5543 (Ext. 202)<br>Facsimile:  (903) 753-6989<br><br>**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, Minnesota 55402<br>(612) 349-8500 – Telephone<br>(612) 339-4181 – Facsimile<br>Emmett J. McMahon (*Pro Hac Vice*)<br>Sarah E. Hudleston (*Pro Hac Vice*)<br><br>Attorneys for Best Buy Co., Inc. |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **DEFENDANT BEST BUY CO., INC.'s ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS** via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 25th day of January, 2008.

By: s/Stayton L .Worthington