# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN INC., <br><br> Plaintiff, <br><br> v. <br><br> ACER, INC., ACER AMERICA CORPORATION, APPLE, INC., DELL, INC. GATEWAY, INC., HEWLETT-PACKARD COMPANY, LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY ELECTRONICS, INC., SONY COMPUTER ENTERTAINMENT AMERICA, INC., TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., BROADCOM CORPORATION, INTEL CORPORATION, ATHEROS COMMUNICATIONS, INC., MARVELL SEMICONDUCTOR, INC., BEST BUY CO., INC., and CIRCUIT CITY STORES, INC. <br><br> Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§ | Civil Action No. 2-07CV-473-TJW <br><br> JURY TRIAL REQUESTED |

## DEFENDANT BROADCOM CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Broadcom Corporation states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

SIEBMAN, REYNOLDS, BURG
  & PHILLIPS, L.L.P.


By:  /s/ Clyde M. Siebman
     Texas State Bar No. 18341600
Federal Courthouse Square
300 N. Travis Street
Sherman, Texas  75090
(903) 870-0070
(903) 870-0066 Telefax
siebman@siebman.com

ATTORNEY FOR DEFENDANT
BROADCOM CORPORATION


## CERTIFICATE OF SERVICE

The undersigned certifies that on this 25th day of January, 2008, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

  /s/ Clyde M. Siebman
  Clyde M. Siebman