# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WI-LAN, INC., | § |
| | § |
| | § |
| Plaintiff, | § CIVIL ACTION NO. 2:07-CV-473 |
| v. | § |
| | § Hon. T. John Ward |
| ACER, INC., ACER AMERICA | § |
| CORPORATION, APPLE, INC., DELL | § JURY TRIAL |
| INC., GATEWAY, INC., HEWLETT- | § |
| PACKARD COMPANY, LENOVO | § |
| GROUP LTD., LENOVA (UNITED | § |
| STATES) INC., SONY CORPORATION, | § |
| SONY CORPORATION OF AMERICA, | § |
| SONY ELECTRONICS, INC., SONY | § |
| COMPUTER ENTERTAINMENT | § |
| AMERICA, INC., TOSHIBA | § |
| CORPORATION, TOSHIBA AMERICA, | § |
| INC., TOSHIBA INFORMATION | § |
| SYSTEMS, INC., BROADCOM | § |
| CORPORATION, INTEL CORPORATION, | § |
| INTEL CORPORATION, ATHEROS | § |
| COMMUNICATIONS, INC., | § |
| MARVELL SEMICONDUCTOR, INC., | § |
| BEST BUY CO., INC. AND CIRCUIT | § |
| CITY STORES, INC. | § |
| | § |
| Defendants. | § |

## **DEFENDANT DELL INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Dell Inc. provides this Corporate Disclosure Statement. Defendant Dell Inc is a publicly held corporation and has no parent corporation. No publicly held corporation owns 10% or more of Dell Inc.'s stock.

January 25, 2008

           Respectfully submitted,

/s/Daniel T. Conrad
Thomas R. Jackson, Esq.
Attorney-in-Charge
State Bar No. 10496700
trjackson@jonesday.com
Daniel T. Conrad, Esq.
State Bar No. 24026608
dtconrad@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone:  214-220-3939
Facsimile:  214-969-5100

ATTORNEYS FOR DEFENDANT
DELL INC.

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 25th day of January, 2008. Any other counsel of record will be served by facsimile transmission and/or first class mail.

                /s/Daniel T. Conrad

DLI-6168735v1