UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| WI-LAN INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ACER, INC., ACER AMERICA CORPORATION, APPLE, INC., DELL, INC., GATEWAY, INC., HEWLETT-PACKARD COMPANY, LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY ELECTRONICS, INC., SONY COMPUTER ENTERTAINMENT AMERICA, INC., TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., BROADCOM CORPORATION, INTEL CORPORATION, ATHEROS COMMUNICATIONS, INC., MARVELL SEMICONDUCTOR, INC., BEST BUY CO., INC., and CIRCUIT CITY STORES, INC.<br><br>    Defendants. | Civil Action No. 2:07CV473TJW |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Jonah D. Mitchell, enters his appearance in this matter for Defendant Atheros Communications, Inc. for the purpose of receiving pleadings, notices and orders from the Court.

DOCSSFO-12504765.1

Dockets.Justia.com

DATED this the 25th day of January, 2008.

/s/ Jonah D. Mitchell
Scott D. Baker, *Pro Hac Vice* (Cal. SBN 84923)
John P. Bovich, *Pro Hac Vice* (Cal. SBN 150688)
Jonah D. Mitchell, *Pro Hac Vice* (Cal. SBN 203511)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

Email: sbaker@reedsmith.com
Email: jbovich@reedsmith.com
Email: jmitchell@reedsmith.com

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:        +1 415 543 8700
Facsimile:        +1 415 391 8269

Rickey L. Faulkner (Bar No. 06857095)
Law Office of Rickey L. Faulkner, P.C.
P. O. Box 3367
Longview, Texas 75606-3367
(903) 248-8246   Telephone
(903) 248-8249   Facsimile

Email: rick@faulknerlawoffice.com

*Counsel for Defendant*
*Atheros Communications, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

Dated: January 25, 2008                                   /s/ Jonah D. Mitchell

DOCSSFO-12504765.1