# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

WI-LAN INC.,

     Plaintiff,

v.                                                                Civil Action No. 2:07-CV-473-TJW

ACER, INC., ET AL.,                                   **Jury Trial Demanded**

     Defendants.

## NOTICE OF APPEARANCE OF COUNSEL FOR
## DEFENDANT HEWLETT-PACKARD COMPANY

Defendant Hewlett-Packard Company files this Notice of Appearance, and hereby notifies the Court and all parties of record that Jennifer Parker Ainsworth of the law firm Wilson, Robertson & Cornelius, P.C., One American Center, 909 ESE Loop 323, Suite 400, Tyler, Texas 75701, is appearing as counsel for Hewlett-Packard Company in the above-referenced matter.

Respectfully submitted,

    */s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
State Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone No. (903) 509-5000
Telecopier No. (903) 509-5092

ATTORNEY FOR DEFENDANT
HEWLETT-PACKARD COMPANY

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the _____ day of January, 2008.

*/s/ Jennifer Parker Ainsworth_____*
Jennifer Parker Ainsworth