# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WI-LAN, INC., </br></br>    Plaintiff, </br></br>v. </br></br>ACER, INC., ACER AMERICA CORPORATION, APPLE, INC., DELL, INC., GATEWAY, INC., HEWLETT-PACKARD COMPANY, LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY ELECTRONICS, INC., SONY COMPUTER ENTERTAINMENT AMERICA, INC., TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., BROADCOM CORPORATION, INTEL CORPORATION, ATHEROS COMMUNICATIONS, INC., MARVELL SEMICONDUCTOR, INC., BEST BUY CO., INC., and CIRCUIT CITY STORES, INC. </br></br>    Defendants. | CASE NO. 2:07-CV-473 </br></br>Hon. T. John Ward </br></br>JURY TRIAL |

## DEFENDANT ACER AMERICA CORP.'S
## CORPORATE DISCLOSURE STATEMENT

Defendant Acer America Corp., in the above captioned action, by and through its attorneys discloses pursuant to Fed. R. Civ. P. 7.1 that it is a corporation duly incorporated under the provisions of the State of California and that Acer Inc. is the parent corporation of Acer America Corp. and owns 100% of the shares of Acer America Corp. Acer Inc. is a Taiwanese publicly held company.

OHS West:260374761.1
5545-2004

Dated: January 25, 2008         */s/ Eric H. Findlay*

Eric H. Findlay
State Bar No. 00789886
Ramey & Flock, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702
Tel. (903) 597-3301
Fax  (903) 597-2413
Email: ericf@rameyflock.com


*Counsel for Defendant Acer America Corp.*

OF COUNSEL:

G. Hopkins Guy, III
Kai Tseng
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025
Tel. (650) 614-7400
Fax (650) 614-7401

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this DEFENDANT ACER AMERICA CORP.'S CORPORATE DISCLOSURE STATEMENT, via the Court's CM/ECF system per Local Rule CV-5(a)(3) .

       Eric H. Findslay_____
       Eric H. Findlay