IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WI-LAN INC., § | |
| § | |
| *Plaintiff,* § | |
| § | **CIVIL ACTION NO. 2:07-CV-473[TJW]** |
| v. § | |
| § | **JURY** |
| ACER, INC., et al, § | |
| § | |
| *Defendants.* § | |

**INTEL CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW Defendant, INTEL CORPORATION, and files this its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, and as such would respectfully show the Court the following:

1. Defendant, INTEL CORPORATION, has no parent corporation; and

2. No publicly held corporation owns 10% or more of the stock of INTEL CORPORATION.

1

{VRT\7395\0009\W0358448.1 }

Dated: January 25, 2008

Respectfully submitted,

**POTTER MINTON**
**A Professional Corporation**

By: */s/ John F. Bufe*____
    Michael E. Jones
    State Bar No. 10929400
    mikejones@potterminton.com
    John F. Bufe
    State Bar No. 03316930
    johnbufe@potterminton.com
    110 N. College, Suite 500 (75702)
    P. O. Box 359
    Tyler, Texas  75710
    (903) 597 8311 (telephone)
    (903) 593 0846 (facsimile)

*Attorneys for Defendant*
**INTEL CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 25th day of January, 2008. Any other counsel of record will be served by first class U.S. mail on this same date.

                                       */s/ John F. Bufe*
                                       John F. Bufe