# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| WI-LAN, INC., § § **Plaintiff,** § § VS. § § ACER, INC.; ACER AMERICA § CORPORATION; APPLE, INC.; § DELL, INC.; GATEWAY, INC.; § HEWLETT-PACKARD COMPANY; § LENOVO GROUP LTD.; LENOVO § (UNITED STATES) INC.; SONY § CORPORATION; SONY CORPORATION § OF AMERICA; SONY ELECTRONICS, § INC.; SONY COMPUTER § ENTERTAINMENT AMERICA, INC.; § TOSHIBA CORPORATION; TOSHIBA § TOSHIBA AMERICA, INC.; TOSHIBA § AMERICA INFORMATION SYSTEMS, § INC.; BROADCOM CORPORATION; § INTEL CORPORATION; ATHEROS § COMMUNICATIONS, INC.; MARVELL § SEMICONDUCTOR, INC.; BEST BUY CO.§ INC., and CIRCUIT CITY STORES, INC. § § **Defendants,** § | CIVIL NO. 2:07-CV–473  Hon. T. John Ward  JURY TRIAL |

## DEFENDANT LENOVO (UNITED STATES) INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Lenovo (United States) Inc. makes the following disclosures:

1.  Lenovo (United States) Inc. is a subsidiary of Lenovo Technology (United Kingdom) Limited.

2.  Lenovo Technology (United Kingdom) Limited owns 100% of Lenovo (United States) Inc.'s stock.

Defendant, Lenovo (United States) Inc., agrees to file a supplemental statement promptly, if any of this information changes.

Dated:  January 28, 2008

                    Respectfully submitted,

/s/  Jessie A. Amos
Jessie A. Amos
Texas State Bar No. 01160300
Howrey LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002
Tel. (713) 787-1400
Fax (713) 787-1440
E-mail: jessie.amos@howrey.com

Rachel A. Adams
District of Columbia Bar No. 474543
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel. (202) 383-6691
Fax (202) 383-6610
E-mail: adamsr@howrey.com

Eric H. Findlay
Texas State Bar No. 00789886
Ramey & Flock PC
100 E. Ferguson, Suite 500
Tyler, Texas  75702-0629
Tel. (903) 510-5213
Fax (903) 597-2413
E-mail: efindlay@rameyflock.com

COUNSEL FOR DEFENDANT LENOVO
(UNITED STATES) INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing **LENOVO (UNITED STATES) INC.'S CORPORATE DISCLOSURE STATEMENT** via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on January 28, 2008.

                                                /s/ Jessie A. Amos
                                                JESSIE A. AMOS

20985275