# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

WI-LAN INC.,

    Plaintiff,

v.

ACER, INC., ET AL.,

    Defendants.

Civil Action No. 2:07-CV-473-TJW

**Jury Trial Demanded**

## DEFENDANT MARVELL SEMICONDUCTOR, INC.'s RULE 7.1 DISCLOSURE

Defendant Marvell Semiconductor, Inc. files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following:

1. Marvell Semiconductor, Inc. is a subsidiary wholly owned by Marvell Technology, Inc. and Marvell Semiconductor Israel Ltd. and is an indirect subsidiary of Marvell Technology Group Ltd.

2. Marvell Technology Group Ltd. is a publicly traded company.

3. No publicly held corporation owns 10% or more of Marvell Technology Group Ltd.'s stock.

Dated: January 30, 2008

Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
State Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS, P.C.
P.O. Box 7339
Tyler, Texas 75711
(903) 509-5000
(903) 509-5092 (facsimile)
jainsworth@wilsonlawfirm.com

ATTORNEY FOR DEFENDANT
MARVELL SEMICONDUCTOR, INC.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 30th day of January, 2008.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth