FILED-CLERK
U.S. DISTRICT COURT

2008 JAN 29 PM 3: 31

T. EASTERN-MARSHALL

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

WI-LAN, INC.,                                )
                                             )
      Plaintiff,                         )
                                             )    CASE NO. 2:07-CV-473
                                             )
    v.                                     )    Hon. T. John Ward
                                             )
                                             )
ACER, INC., ACER AMERICA                     )
CORPORATION, APPLE, INC., DELL,              )
INC., GATEWAY, INC., HEWLETT-                )
PACKARD COMPANY, LENOVO GROUP                )
LTD., LENOVO (UNITED STATES) INC.,           )
SONY CORPORATION, SONY                       )
CORPORATION OF AMERICA, SONY                 )
ELECTRONICS, INC., SONY COMPUTER             )
ENTERTAINMENT AMERICA, INC.,                 )
TOSHIBA CORPORATION, TOSHIBA                 )
AMERICA, INC., TOSHIBA AMERICA               )
INFORMATION SYSTEMS, INC.,                   )
BROADCOM CORPORATION, INTEL                  )
CORPORATION, ATHEROS                         )
COMMUNICATIONS, INC., MARVELL                )
SEMICONDUCTOR, INC., BEST BUY                )
CO., INC., and CIRCUIT CITY STORES,          )
INC.                                         )
                                             )
      Defendants.                        )

## APPLICATION TO APPEAR PRO HAC VICE OF MARK C. SCARSI

1.     This Application is being made for the following Case No.: 2:07-CV-473,

WI-LAN, Inc. v. ACER, Inc., *et al.*

2.     Applicant is representing the following party: APPLE, INC.

3.     Applicant was admitted to practice in California in 1996.

4.     Applicant is in good standing and is otherwise eligible to practice law before this

Court.

Dockets.Justia.com

5    Applicant is not currently suspended or disbarred in any other court

6    Applicant has not had an application for admission to practice before another court denied.

7    Applicant has not ever had the privilege to practice before another court suspended.

8.    Applicant has not been disciplined by a court or Bar Association or Committee thereof that would reflect unfavorably upon Applicant's conduct, competency or fitness as a member of the Bar.

9.    Applicant has not had any charges, arrests or convictions for criminal offenses filed against him.

10    There are no pending grievances or criminal matters pending against the Applicant

11    Applicant has been admitted to practice in the following Courts: Central District of California; Northern District of California; Southern District of California; Federal Circuit Court of Appeals; Ninth Circuit Court of Appeals.

12.    Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys "

13    Applicant has included the requisite $25.00 fee

14.    Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only

///

///

///

**Application Oath:**

I, Mark C. Scarsi do solemnly swear that the above information is true; that I will

discharge the duties of attorney and counsel of this court faithfully; that I will demean myself

uprightly under the law and the highest ethics of our profession; and that I will support and

defend the Constitution of the United States

Dated: January 25, 2008

_____

Mark C. Scarsi

Name:                          Mark Scarsi
State Bar Number:              183926 (California)
Firm Name:                     Milbank, Tweed, Hadley & McCloy LLP
Address:                       601 S. Figueroa Street, 30th Floor
City/State/Zip:                Los Angeles, CA 90017-5735
Telephone No.:                 (213) 892-4000
Fax No.:                       (213) 629-5063
E-mail Address:                mscarsi@milbank.com
Secondary E-Mail Address:      None

Applicant is authorized to enter an appearance as counsel for the party listed above. This

application has been approved for the Court on: _____1-29-08_____

_____

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By: _____

Deputy Clerk

3

# United States District Court

for the

Eastern District of Texas at Marshall

Date: **Tuesday, January 29, 2008**

Received from:

**RAMEY FLOCK**

**TYLER, IX**

| Account | Amount |
|---------|--------|
| 6855XX | $75.00 |
| | |
| | |
| **Total** | **$75.00** |

| Account | | Description |
|---------|---|-------------|
| 085000 | – | Attorney Admission Fees |
| 086400 | – | New Case Fee |
| 086900 | – | Filing Fees |
| 121000 | – | Conscience Fund |
| 129900 | – | Gifts |
| 143500 | – | Interest |
| 322340 | – | Sale of Publications |
| 322350 | – | Copy Fees |
| 322360 | – | Miscellaneous Fees |
| 322380 | – | Recoveries of Court Costs |
| 322386 | – | Cost of Prosecution |
| 504100 | – | Crime Victims Fund |
| 508800 | – | Immigration Fees |
| 510000 | – | Civil Filing Fee (1/2) |
| 5100PL | – | Partial Filing Fee (PLRA) |
| 510100 | – | Registry Fee |
| 604700 | – | Registry Funds/General and Special Funds |
| 613300 | – | Unclaimed Monies |
| 6855XX | – | Deposit Funds |

Payment method: **Check**

Case or other reference: **2:07cv473 PHV**

Comments: **CK 111737 SCARSI HOLM MIREMADI**

Received by: **pa**