UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED CLERK
U S DISTRICT COURT

2008 JAN 29 PM 3: 31

EASTERN-MARSHALL

BY_____

| | |
|---|---|
| WI-LAN, INC., | ) |
| | ) |
| Plaintiff, | ) CASE NO. 2:07-CV-473 |
| | ) |
| v | ) Hon. T. John Ward |
| | ) |
| ACER, INC., ACER AMERICA CORPORATION, APPLE, INC., DELL, INC., GATEWAY, INC., HEWLETT-PACKARD COMPANY, LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY ELECTRONICS, INC., SONY COMPUTER ENTERTAINMENT AMERICA, INC., TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., BROADCOM CORPORATION, INTEL CORPORATION, ATHEROS COMMUNICATIONS, INC., MARVELL SEMICONDUCTOR, INC., BEST BUY CO., INC., and CIRCUIT CITY STORES, INC. | ) |
| Defendants. | ) |

### APPLICATION TO APPEAR PRO HAC VICE OF CHRIS HOLM

1    This Application is being made for the following Case No.: 2:07-CV-473, WI-LAN, Inc.

v. ACER, Inc., et al

2    Applicant is representing the following party: APPLE, INC

3    Applicant was admitted to practice in California on June 5, 2007.

4    Applicant is in good standing and is otherwise eligible to practice law before this Court.

5    Applicant is not currently suspended or disbarred in any other court.

6   Applicant has not had an application for admission to practice before another court denied.

7   Applicant has not ever had the privilege to practice before another court suspended.

8   Applicant has not been disciplined by a court or Bar Association or Committee thereof that would reflect unfavorably upon Applicant's conduct, competency or fitness as a member of the Bar.

9   Applicant has not had any charges, arrests or convictions for criminal offenses filed against him.

10   There are no pending grievances or criminal matters pending against the Applicant.

11   Applicant has been admitted to practice in the following Courts: Southern District of New York, Eastern District of New York, District of Colorado, Northern District of California, Central District of California, 9th Circuit Court of Appeals, and the Federal Circuit Court of Appeals.

12   Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13   Applicant has included the requisite $25.00 fee.

14   Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only.

///

///

///

///

///

**Application Oath:**

I, Chris Holm do solemnly swear that the above information is true; that I will discharge the duties of attorney and counsel of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States

Dated: January 25, 2008

_____
Chris Holm

| | |
|---|---|
| Name: | Chris Holm |
| State Bar Number: | 249388 (California) |
| Firm Name: | Milbank, Tweed, Hadley & McCloy LLP |
| Address: | 601 S Figueroa Street, 30th Floor |
| City/State/Zip: | Los Angeles, CA 90017-5735 |
| Telephone No.: | (213) 892-4000 |
| Fax No.: | (213) 629-5063 |
| E-mail Address: | cholm@milbank.com |
| Secondary E-Mail Address: | None |

Applicant is authorized to enter an appearance as counsel for the party listed above. This application has been approved for the Court on: __1-29-08__

_____
David J Maland, Clerk
U S. District Court, Eastern District of Texas

By: _____
Deputy Clerk

# Receipt for Payment

Receipt No: 2-3-000 3450

## United States District Court
for the
Eastern District of Texas at Marshall

Date: **Tuesday, January 29, 2008**

Received from:

**RAMEY FLOCK**

**TYLER, TX**

| Account | Amount |
|---|---|
| 6855XX | $75.00 |
| **Total** | **$75.00** |

| Account | | Description |
|---|---|---|
| 085000 | _ | Attorney Admission Fees |
| 086400 | _ | New Case Fee |
| 086900 | _ | Filing Fees |
| 121000 | _ | Conscience Fund |
| 129900 | _ | Gifts |
| 143500 | _ | Interest |
| 322340 | _ | Sale of Publications |
| 322350 | _ | Copy Fees |
| 322360 | _ | Miscellaneous Fees |
| 322380 | _ | Recoveries of Court Costs |
| 322386 | _ | Cost of Prosecution |
| 504100 | _ | Crime Victims Fund |
| 508800 | _ | Immigration Fees |
| 510000 | _ | Civil Filing Fee (1/2) |
| 5100PL | _ | Partial Filing Fee (PLRA) |
| 510100 | _ | Registry Fee |
| 604700 | _ | Registry Funds/General and Special Funds |
| 613300 | _ | Unclaimed Monies |
| 6855XX | _ | Deposit Funds |

Payment method: **Check**

Case or other reference: **2:07cv473  PHV**

Comments: **CK 111737  SCARSI HOLM MIREMADI**

Received by: **pa**