UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT
2008 JAN 29 PM 3:31
EASTERN-MARSHALL
BY_____

WI-LAN, INC.,

    Plaintiff,

v.

ACER, INC., ACER AMERICA
CORPORATION, APPLE, INC., DELL,
INC., GATEWAY, INC., HEWLETT-
PACKARD COMPANY, LENOVO GROUP
LTD., LENOVO (UNITED STATES) INC.,
SONY CORPORATION, SONY
CORPORATION OF AMERICA, SONY
ELECTRONICS, INC., SONY COMPUTER
ENTERTAINMENT AMERICA, INC.,
TOSHIBA CORPORATION, TOSHIBA
AMERICA, INC., TOSHIBA AMERICA
INFORMATION SYSTEMS, INC.,
BROADCOM CORPORATION, INTEL
CORPORATION, ATHEROS
COMMUNICATIONS, INC., MARVELL
SEMICONDUCTOR, INC., BEST BUY
CO., INC., and CIRCUIT CITY STORES,
INC.

    Defendants.

CASE NO. 2:07-CV-473

Hon. T. John Ward

### APPLICATION TO APPEAR PRO HAC VICE OF JENNIFER MIREMADI

1    This Application is being made for the following Case No.: 2:07-CV-473, WI-LAN, Inc. v. ACER, Inc., *et al.*

2    Applicant is representing the following party: APPLE, INC.

3    Applicant was admitted to practice in California on: December 3, 2006.

4    Applicant is in good standing and is otherwise eligible to practice law before this Court.

5    Applicant is not currently suspended or disbarred in any other court.

6    Applicant has not had an application for admission to practice before another court denied

7    Applicant has not ever had the privilege to practice before another court suspended.

8    Applicant has not been disciplined by a court or Bar Association or Committee thereof that would reflect unfavorably upon Applicant's conduct, competency or fitness as a member of the Bar.

9    Applicant has not had any charges, arrests or convictions for criminal offenses filed against her

10    There are no pending grievances or criminal matters pending against the Applicant

11    Applicant has been admitted to practice in the following Courts: United States District Court for the Central District of California, United States Court of Appeals for the Ninth Circuit, Supreme Court of the State of California

12    Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13    Applicant has included the requisite $25.00 fee

14    Applicant understands that she is being admitted for the limited purpose of appearing in the case specified above only.

///

///

///

///

///

**Application Oath:**

I, Jennifer Miremadi do solemnly swear that the above information is true; that I will discharge the duties of attorney and counsel of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States

Dated: January 25, 2008

_____
Jennifer Miremadi

| | |
|---|---|
| Name: | Jennifer Miremadi |
| State Bar Number: | 245559 (California) |
| Firm Name: | Milbank, Tweed, Hadley & McCloy LLP |
| Address: | 601 S Figueroa Street, 30th Floor |
| City/State/Zip: | Los Angeles, CA 90017-5735 |
| Telephone No.: | (213) 892-4000 |
| Fax No.: | (213) 629-5063 |
| E-mail Address: | jmiremadi@milbank com |
| Secondary E-Mail Address: | None |

Applicant is authorized to enter an appearance as counsel for the party listed above. This application has been approved for the Court on: _____1-29-08_____.

_____
David J. Maland, Clerk
U S District Court, Eastern District of Texas

By: _____
Deputy Clerk

3

# Receipt for Payment

Receipt No: 2-P0003450

## United States District Court

for the

Eastern District of Texas at Marshall

Date: **Tuesday, January 29, 2008**

Received from:

**RAMEY FLOCK**

**TYLER, TX**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $75.00 |
| **Total** | **$75.00** |

Payment method: **Check**

Case or other reference: **2:07cv473 PHV**

Comments: **CK 111737 SCARSI HOLM MIREMADI**

Received by: **pa**