Appendix K  Revised: 1/24/07

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

FILED-CLERK
U.S DISTRICT COURT
2008 JAN 29 PM 3:29
EASTERN-MARSHALL

1. This application is being made for the following: Case # __2:07-cv-473__

Style: __Wi-LAN, Inc. v. Acer, Inc., et al.,__

2. Applicant is representing the following party/ies: __Acer America Corporation, Acer, Inc., and Gateway, Inc.__

3. Applicant was admitted to practice in __California__ on __December 1986__

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle) If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.
Applicant has been admitted to practice in the following courts: Supreme Court of Virginia (inactive); Supreme Court of California; US District Court, ND California; US Court of Appeals for the 9th Circuit; US Court of Appeals for the Federal Circuit; and US Patent and Trademark Office.

11. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

12. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))

13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only

**Application Oath:**
I, **G. Hopkins Guy, III**, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully;
that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: January 25, 2008         Signature _/s/ Hopkins Guy/_

OHS West:260373604.1
5545-2004

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print): **G. Hopkins Guy, III**
State Bar Number: **124811**
Firm Name: **Orrick, Herrington & Sutcliffe, LLP**
Address/P.O. Box: **1000 Marsh Road**
City/State/Zip: **Menlo Park, California**
Telephone #: **650-614-7452**
Fax # **650-614-7401**
E-mail Address: **hopguy@orrick.com**
Secondary E-Mail Address:

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 1-29-08

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

OHS West:260373604.1
5545-2004

# Receipt for Payment

Receipt No: 249003452

## United States District Court

for the

Eastern District of Texas at Marshall

Date: Tuesday, January 29, 2008

Received from:

**RAMEY FLOCK**

**TYLER, TX**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $50.00 |
| **Total** | **$50.00** |

Payment method: Check

Case or other reference: 2:07cv473 PHV GUY TSENG

Comments: CK 111764

Received by: pa