## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN, INC. | § | |
| | § | |
|   Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 2-07-CV-473 (TJW) |
| | § | |
| ACER, INC., ACER AMERICA | § | JURY TRIAL |
| CORPORATION, APPLE, INC., DELL, | § | |
| INC., GATEWAY, INC., HEWLETT- | § | |
| PACKARD COMPANY, LENOVO | § | |
| GROUP LTD., LENOVO (UNITED | § | |
| STATES) INC., SONY | § | |
| CORPORATION, SONY | § | |
| CORPORATION OF AMERICA, SONY | § | |
| ELECTRONICS, INC., SONY | § | |
| COMPUTER ENTERTAINMENT | § | |
| AMERICA, INC., TOSHIBA | § | |
| CORPORATION, TOSHIBA | § | |
| AMERICA, INC., TOSHIBA AMERICA | § | |
| INFORMATION SYSTEMS, INC., | § | |
| BROADCOM CORPORATION, INTEL | § | |
| CORPORATION, ATHEROS | § | |
| COMMUNICATIONS, INC., | § | |
| MARVELL SEMICONDUCTOR, INC., | § | |
| BEST BUY CO., INC., and CIRCUIT | § | |
| CITY STORES, INC. | § | |

  **Defendants**

### NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT, ATHEROS COMMUNICATIONS, INC.

Notice is hereby given that the undersigned attorney, Rickey L. Faulkner, enters his appearance in this matter for Defendant Atheros Communications, Inc. for the purpose of receiving pleadings, notices and orders from the Court, and for inclusion on the Court's and parties' service lists.

Notice of Appearance          Page 1

DATED this the 30th day of January, 2008.

        REED SMITH, L.L.P.
        Scott D. Baker, *Pro Hac Vice* (Cal. SBN 84923)
        John P. Bovich, *Pro Hac Vice* (Cal. SBN 150688)
        Jonah D. Mitchell, *Pro Hac Vice* (Cal. SBN 203511)
        Two Embarcadero Center, Suite 2000
        San Franciso, CA 94111-3922

        Email:  sbaker@reedsmith.com
        Email: jbovich@reedsmith.com
        Email:  jmitchell@reedsmith.com

        Mailing Address:
        P. O. Box 7936
        San Francisco, CA 94120-7936
        Telephone   :   415.543.8700
        Facsimile   :   415.391.8269

        LAW OFFICE OF RICKEY L. FAULKNER, P.C.


        /s/ Rickey L. Faulkner
        Rickey L. Faulkner
        State Bar No. 06857095
        P. O. Box 3367
        Longview, Texas 75606-3367
        Telephone   :   903.248.8246
        Facsimile   :   903.248.8249
        Email   :   rick@faulknerlawoffice.com

        Counsel for Defendant, Atheros Communications, Inc.

**Certificate of Service**

  I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served this the 30th day of January, 2008 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

            /s/ Rickey L. Faulkner
            Rickey L. Faulkner