# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WI-LAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACER, INC., ACER AMERICA CORPORATION, APPLE, INC., DELL, INC., GATEWAY, INC., HEWLETT-PACKARD COMPANY, LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., SONY CORPORATION, SONY CORPORATION OF AMERICA, SONY ELECTRONICS, INC., SONY COMPUTER ENTERTAINMENT AMERICA, INC., TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., BROADCOM CORPORATION, INTEL CORPORATION, ATHEROS COMMUNICATIONS, INC., MARVELL SEMICONDUCTOR, INC., BEST BUY CO., INC., and CIRCUIT CITY STORES, INC. <br><br> Defendants. | CASE NO. 2:07-CV-473 <br><br> Hon. T. John Ward <br><br> JURY TRIAL |

## DEFENDANT GATEWAY, INC'S
## CORPORATE DISCLOSURE STATEMENT

Defendant Gateway, Inc., in the above captioned action, by and through its attorneys discloses pursuant to Fed. R. Civ. P. 7.1 that it is a corporation duly incorporated under the provisions of the State of Delaware. Acer American Holdings Corp., a Delaware corporation, is the parent corporation of Gateway, Inc. and owns 100% of the shares of Gateway, Inc. Boardwalk Capital Holdings Limited, a British Virgin Islands company, is the parent company

of Acer American Holdings Corp. and owns 100% of the shares of Acer American Holdings Corp.  Acer Inc. is the parent company of Boardwalk Capital Holdings Limited and owns 100% of the shares of Boardwalk Capital Holdings Limited.  Acer Inc. is a Taiwanese publicly held company.

| | |
|---|---|
| Dated: January 31, 2008 | /s/ Eric H. Findlay<br>Eric H. Findlay<br>Ramey & Flock, P.C.<br>100 E. Ferguson, Suite 500<br>Tyler, Texas 75702<br>Tel. (903) 597-3301<br>Fax  (903) 597-2413<br>Email: ericf@rameyflock.com<br><br>*Counsel for Defendant Gateway, Inc.* |

OF COUNSEL:

G. Hopkins Guy, III
Kai Tseng
Orrick, Herrington & Sutcliffe, LLP
1000 Marsh Road
Menlo Park, CA  94025
Tel. (650) 614-7400
Fax (650) 614-7401

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this DEFENDANT GATEWAY, INC.'S CORPORATE DISCLOSURE STATEMENT, via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 31, 2008.

/s/ Eric H. Findlay
Eric H. Findlay

OHS West:260377383.1