Appendix K

Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

2008 JAN 30 AM 10: 16

1. This application is being made for the following: Case # 2-07 CV 473
   Style: *Wi-LAN Inc v Acer, Inc., et al*

2. Applicant is representing the following party: Broadcom Corporation

3. Applicant was admitted to practice in California on April 5, 2002.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has not had an application for admission to practice before another court denied.

7. Applicant has not ever had the privilege to practice before another court suspended.

8. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
    Please see attached Addendum.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25.00 fee (see Local Rule AT-1(d)).

14. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only

**Application Oath:**

I, Sean S. Pak, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 1/25/08　　　　　　　　　Signature _Sean S. Pak_

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**APPLICATION TO APPEAR PRO HAC VICE** (Continued)

| | |
|---|---|
| Name (please print) | Sean S. Pak |
| State Bar Number | 219032 |
| Firm Name: | LATHAM & WATKINS LLP |
| Address: | 633 West Fifth Street – Suite 4000 |
| City/State/Zip: | Los Angeles, California 90071-2007 |
| Telephone #: | (213) 485-1234 |
| Fax #: | (213) 891-8763 |
| E-mail Address: | sean.pak@lw.com |
| Secondary E-Mail Address: | sandra.sudduth@lw.com |

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __1-30-08__

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _C. Hinton_
Deputy Clerk

# ADDENDUM

TO

APPLICATION FOR ADMISSION TO THE BAR

OF

SEAN S. PAK

| Title of Court | Date of Admission | In Good Standing |
|---|---|---|
| State Bar of California | 4/5/2002 | Yes |
| United States District Court – Northern District of the State of California | 5/15/2003 | Yes |
| United States Court of Appeals for the Federal Circuit | 4/26/2007 | Yes |
| United States District Court – Southern District of the State of California | 11/19/2007 | Yes |
| United States District Court – Central District of the State of California | 12/4/07 | Yes |

# Receipt for Payment

Receipt No: 2-196003461

## United States District Court

for the

Eastern District of Texas at Marshall

Date: Wednesday, January 30, 2008

Received from:

**Siebman Burg & Phillips**

**300 N. Travis Street**

**Sherman, Tx 75090**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $150.00 |
| | |
| Total | $150.00 |

Payment method: Check

Case or other reference: 2:07-cv-473 & 2:07-cv-474

Comments: CK# 15514   PHV for 2:07-cv-474 Tung, Pak, Steinberg, 2:07-cv473 Tung, Pak, Steinberg

Received by: ch