UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case 2-07-cv-00473
Style: *Wi-LAN, Inc., Plaintiff v Acer, Inc., et al., Defendants*
2. Applicant is representing the following party: Defendants Lenovo (United States) Inc.
3. Applicant was admitted to practice in the District of Columbia on October 12, 2001; and in the State of Ohio in February 1994.
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has **(has not)** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has **(has not)** ever had the privilege to practice before another court suspended (please circle).
If so, give complete information on a separate page.
8. Applicant has **(has not)** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
Sixth Circuit Court of Appeals, Federal Circuit Court of Appeals, the United States District Courts for the Northern and Southern Districts of Ohio.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Rachel A. Adams, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date Jan 28, 2008   Signature _____

DM_US:20985274_1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print): Rachel A. Adams
State Bar Number: District of Columbia – No. 474543; Ohio – No. 0063143
Firm Name: Howrey LLP
Address/P.O. Box: 1299 Pennsylvania Avenue, NW
City/State/Zip: Washington, D.C. 20004
Telephone #: (202) 383-6691
Fax #: (202) 383-6610
E-mail Address: adamsr@howrey.com
Secondary E-Mail Address: BunzikO@howrey.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __1-31-08__

DAVID J. MALAND, CLERK

_____
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

DM_US:20985274_1

# Receipt for Payment

Receipt No: 2-0003463

## United States District Court

for the

Eastern District of Texas at Marshall

Date: Friday, February 1, 2008

Received from:

**HOWREY**

**WASHINGTON, DC**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: **Check**

Case or other reference: **2:07cv473 phv ADAMS**

Comments: **CK 61348**

Received by: **pa**