IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-CV-473[TJW] |
| | § | |
| ACER, INC., et al. | § | JURY TRIAL REQUESTED |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants ACER, INC. and TOSHIBA AMERICA, INC. (hereinafter referred to as "DEFENDANTS"), without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, files this unopposed motion for extension of time in which to answer, move, or otherwise respond to Plaintiff WI-LAN INC.'s Complaint and would respectfully show the Court as follows:

DEFENDANTS have requested and Plaintiff has agreed to an extension of DEFENDANTS' time to respond in any manner whatsoever including answer, motion or other pleading of any type to Plaintiff's Complaint. Specifically, DEFENDANTS request, and WI-LAN INC. does not oppose, an extension of time up to and including February 14, 2008. DEFENDANTS reserve all rights to seek additional extensions of DEFENDANTS' time to respond to Plaintiff's Complaint.

A proposed Order granting this unopposed motion is attached for the Court's convenience.

Dated: February 4, 2008                    Respectfully submitted,

By: */s/* Eric H. Findlay
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
RAMEY & FLOCK
100 East Ferguson, Suite 500
Tyler, Texas 75702
903-597-3301 (Telephone)
903-597-2413 (Facsimile)

ATTORNEYS FOR DEFENDANTS
ACER, INC. AND TOSHIBA AMERICA, INC.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 4th day of February, 2008. Any other counsel of record will be served by first class U.S. mail on this same date.

/s/ Eric H. Findlay
Eric H. Findlay