**Appendix K**                                                                    Revised: 01/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case #: 2:07cv00473, ~~2:07cv00474~~.
2. Applicant is representing the following party/ies: Intel Corporation.
3. Applicant was admitted to practice in California (state) on November 23, 1998 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has not had an application for admission to practice before another court denied.
7. Applicant has not ever had the privilege to practice before another court suspended.
8. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses. None.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts: See attached.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Adam R. Alper do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: 2/1/08         Signature _____

K&E 10592633.1

WI-Lan, Inc. v. Acer, Inc. et al                                                                Doc. 88

Dockets.Justia.com

Name (please print) <u>Adam R. Alper</u>
State Bar Number: <u>California 196834</u>
Firm Name: <u>Kirkland & Ellis LLP</u>
Address/P.O. Box: <u>555 California Street, 27th Floor</u>
City/State/Zip: <u>San Francisco, CA 94104</u>
Telephone #: <u>(415) 439-1876</u>
Fax #: <u>(415) 439-1500</u>
E-mail Address: <u>aalper@kirkland.com</u>

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this ___ day of _____, 20___.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

## Admissions

| State | Admission Date |
|---|---|
| California | November 23, 1998 |
| **Federal** | **Admission Date** |
| Northern District of California | December 7, 1998 |
| U.S. Court of Appeals for the Ninth Circuit | December 22, 1998 |
| U.S. Courts of Appeals for Federal Circuit | June 16, 2000 |
| Central District of California | May 23, 2003 |
| Western District of Wisconsin | January 21, 2004 |
| U.S. Court of Appeals for the Third Circuit | February 18, 2004 |

# Receipt for Payment

Receipt No. 1-0012453

## United States District Court

for the
Eastern District of Texas at Tyler

Date: Monday, February 4, 2008

Received from:

**POTTER MINTON**
**P.O. BOX 359**
**TYLER, TX 75710**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $75.00 |
| **Total** | **$75.00** |

Payment method: Check
Case or other reference: 2:07CV473
Comments: PHV APPS FOR ADAM R. ALPER, BAO NGUYEN AND CHRISTIAN CHADD TAYLOR - FIRM CK 067306

Received by: MC