Appendix K                                                                   Revised: 1/24/07

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

1. This application is being made for the following: Case # 2:07cv00473, 2:07cv00474.
2. Applicant is representing the following party/ies: Intel Corporation.
3. Applicant was admitted to practice in Illinois (state) on November 10, 1994 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has not had an application for admission to practice before another court denied. If so, give complete information on a separate page.
7. Applicant has not ever had the privilege to practice before another court suspended. If so, give complete information on a separate page.
8. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar. If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses. None.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
U.S. District Court for the Northern District of Illinois 12/20/94; U.S. Court of Appeals for the Federal Circuit 1/7/97; U.S. Court of Appeals for the Sixth Circuit 9/4/01; U.S. Court of Appeals for the Seventh Circuit 10/26/01; U.S. District Court for the Western District of Wisconsin 4/19/02; U.S. District Court for the Eastern District of Wisconsin 11/10/03, State of California, Bar No. 237872; U.S. District Court for the Northern District of California 12/19/07; U.S. District Court for the Central District of California 6/19/07
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Christian Chadd Taylor do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: 2/1/08          Signature _____

K&E 11902533.1

Name (please print) <u>Christian Chadd Taylor</u>
State Bar Number: <u>IL 6226216</u>
Firm Name: <u>Kirkland & Ellis LLP</u>
Address/P.O. Box: <u>555 California St., 27th Floor</u>
City/State/Zip: <u>San Francisco, CA 94104</u>
Telephone #: <u>(415) 439-1823</u>
Fax #: <u>(415) 439-1500</u>
E-mail Address: <u>ctaylor@kirkland.com</u>

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this ___ day of _____, 20___.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By  *David Maland*
    Deputy Clerk

K&E 11902533.1

# Receipt for Payment

Receipt No: 69P-0002653

## United States District Court
for the
Eastern District of Texas at Tyler

Date: Monday, February 4, 2008

Received from:

**POTTER MINTON**

**P.O. BOX 359**

**TYLER, TX 75710**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $75.00 |
| **Total** | **$75.00** |

Payment method: Check

Case or other reference: 2:07CV473

Comments: PHV APPS FOR ADAM R. ALPER, BAO NGUYEN AND CHRISTIAN CHADD TAYLOR - FIRM CK 067306

Received by: MC