IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:07-CV-473[TJW] |
| | § | |
| ACER, INC., et al | § | JURY TRIAL REQUESTED |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants ACER, INC. and TOSHIBA AMERICA, INC., without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(b) or any other rule or law, filed its unopposed motion to extend its time to answer, move or otherwise respond to Plaintiff's Complaint until and through February 14, 2008. Such motion is GRANTED.

It is therefore ORDERED that Defendants ACER, INC. and TOSHIBA AMERICA, INC. have until and through February 14, 2008 to answer, move, or otherwise respond to Plaintiff's Complaint.

SIGNED this 5th day of February, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE