**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| WI-LAN INC. | § | |
| v. | § | CIVIL ACTION NO. 2:07-CV-473 TJW |
| ACER, INC. *et al*. | § | |
| | § | **CONSOLIDATED WITH:** |
| WI-LAN Inc. | § | |
| v. | § | CIVIL ACTION NO. 2:07-CV-474 TJW |
| WESTELL TECH., INC., *et al*. | § | |

**ORDER**

The Court GRANTS-in-part the Joint Motion for Continuance of Trial, (Dkt. No. 985), and issues the following trial schedule and procedure for the abovestyled case. Jury selection is set for 9:00 a.m. on January 21, 2011. Preliminary Jury Instructions and Opening Statements will begin at 8:30 a.m. on February 2, 2011. Evidence will commence immediately following Opening Statements. The Court will be in session from 8:30 a.m. to 5:30 p.m. each day until the completion of trial.

Plaintiff is responsible for having Jury notebooks ready for a ten person Jury, plus two additional copies for the Court, at the commencement of Preliminary Instructions. These notebooks should contain the Court's definitions of terms and phrases as indicated by the Court's most recent Order, the patents-in-suit, and other matters agreed to by all parties. The Court will not entertain requests for other matters to be included in the notebooks unless it is agreed to by all parties. The Court will entertain other motions regarding trial procedure covering matters such as disclosure of order of witnesses, identity of demonstrative exhibits, and other issues—

provided the motions are agreed to by all the parties.

It is so ORDERED.

SIGNED this 30th day of December, 2010.

T. JOHN WARD
UNITED STATES DISTRICT JUDGE