IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WI-LAN INC. | § CIVIL ACTION NO. 2:07-CV-473 [TJW] |
| v. | § |
| ACER, INC., et al. | § **Consolidated with:** |
| | § CIVIL ACTION NO. 2:07-CV-474 [TJW] |
| WI-LAN INC. | § |
| v. | § **Jury Trial Requested** |
| WESTELL TECHNOLOGIES, INC., et al. | § |

___

# ORDER DENYING PLAINTIFF WI-LAN INC.'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* NO. 9
___

On this day came to be considered Plaintiff Wi-LAN Inc.'s Motion for Leave to File a Supplemental Opposition to Defendants' Motion in *Limine* No. 9 and Request for an Accelerated Briefing Schedule and Expedited Consideration of This Motion.

After considering the motion and all papers filed in support thereof and opposition thereto, the Court finds that the motion should be DENIED. Absent leave of Court, no further submissions on the motion *in limine* are allowed.

SIGNED this 4th day of January, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE