**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| WI-LAN INC. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:07-CV-473 TJW |
| v. | | |
| ACER, INC. *et al*. | | |
| | | **CONSOLIDATED WITH:** |
| WI-LAN Inc. | | |
| v. | | CIVIL ACTION NO. 2:07-CV-474 TJW |
| WESTELL TECH., INC., *et al*. | | |

## <u>ORDER</u>

The parties have filed a joint motion for miscellaneous relief.  (Dkt. No. 1013.)  Such motion is GRANTED-in-part and DENIED-in-part.  It is therefore ORDERED as follows:

• Defendants shall have until January 7, 2011 to file their replies in support of their Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 5,282,222 and their Motion for Summary Judgment of Non-Infringement of U.S. Patent No. RE37,802;

• Plaintiff's sur-replies in opposition to the same motions above are due on January 14, 2011.

• Defendants shall have until and through January 10, 2011 to file their reply to Plaintiff's Opposition to Defendants' Motion to Compel Production of Documents (Dkt. No. 638);

• Wi-LAN shall have leave to file replies to its motions to strike/Daubert concerning Charles Jackson (Dkt. No. 921) and Dr. Matthew Shoemake/Dr. Wicker regardinginvalidity (Dkt. No. 909) by no later than January 11, 2011, and Defendants shall have leave to file sur-replies to same by no later than January 14, 2011;

• Defendants shall have leave to file replies to their motions to strike/Daubert concerning David J. Teece (Dkt. No. 874) and Richard Gitlin (Dkt. No. 910) by no later than January 11, 2011, and Wi-LAN shall have leave to file sur-replies to same by no later than January 14, 2011;

• The parties shall have leave to conduct any agreed-to expert depositions and fact depositions, up until January 21, 2011, that are reasonably related to the Court's December 30, 2011 Order modifying its claim construction.  (Dkt. No. 988.)  Thus, the parties do not have leave to conduct any agreed-to depositions relating to U.S. Patent No. RE37,802, and depositions regarding U.S. Patent No. 5,282,222 must be reasonably related to the Court's December 30, 2011 Order.

It is so ORDERED.

SIGNED this 7th day of January, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE