# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN, INC. | § | CIVIL ACTION NO. 2:07-CV-473 [TJW] |
| | § | |
| v. | § | |
| | § | **Consolidated with:** |
| ACER, INC., et al. | § | |
| | § | |
| | § | CIVIL ACTION NO. 2:07-CV-474 [TJW] |
| WI-LAN, INC. | § | |
| | § | |
| v. | § | **Jury Trial Requested** |
| | § | |
| WESTELL TECHNOLOGIES, INC., et al. | § | |

## ORDER

Before the Court is Plaintiff Wi-LAN, Inc. ("Wi-LAN") and Defendant Apple, Inc.'s ("Apple") Stipulation and Joint Motion to Dismiss Without Prejudice. Such motion is GRANTED.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

(1) All claims at issue here between Wi-LAN and Apple, including all claims presented by Wi-LAN's Complaint and all of Apple's counterclaims, shall be dismissed without prejudice; and

(2) Wi-LAN and Apple each shall bear their own costs and attorneys' fees.

SIGNED this 28th day of February, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

Dallas 316961v1

1