UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WI-LAN INC.<br><br>vs<br><br>ACER, INC.;<br>ACER AMERICA CORPORATION;<br>APPLE, INC.;<br>DELL, INC.;<br>GATEWAY, INC.;<br>HEWELETT-PACKARD COMPANY;<br>LENOVO (UNITED STATES) INC.;<br>SONY CORPORATION;<br>SONY CORPORATION OF AMERICA;<br>SONY ELECTRONICS INC.;<br>SONY COMPUTER ENTERTAINMENT<br>    AMERICA INC.;<br>TOSHIBA CORPORATION;<br>TOSHIBA AMERICA, INC.;<br>TOSHIBA AMERICA INFORMATION<br>    SYSTEMS, INC.;<br>BROADCOM CORPORATION;<br>INTEL CORPORATION;<br>ATHEROS COMMUNICATIONS, INC.;<br>MARVELL SEMICONDUCTOR, INC.;<br>BEST BUY CO., INC.; and<br>CIRCUIT CITY STORES, INC. | Civil Action No. 2:07-CV-473 (TJW)<br><br>JURY |

**NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES**

Now comes Melvin R. Wilcox, III, of the law firm of Yarbrough ♦ Wilcox, PLLC, and

pursuant to Rule CV-11(f) requests that the Clerk of this Court remove his name from the list of

persons authorized to receive electronic notices in this case for Defendants:

        Sony Electronics Inc.
        Sony Computer Entertainment America Inc.

DATED:    May 4, 2011

                                                                       Respectfully Submitted,

                                                                       ***/s/ Melvin R. Wilcox, III***
                                                                       Melvin R. Wilcox, III
                                                                       State Bar No. 21454800

Yarbrough ♦ Wilcox, PLLC
100 E. Ferguson, Suite 1015
Tyler, Texas 75702
903.595.1133 (Direct)
Fax: 903.595.0191
mrw@yw-lawfirm.com

**CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on May 4, 2011.

        */s/ Melvin R. Wilcox, III*
        MELVIN R. WILCOX, III